1 BENJAMIN B. WAGNER
United States Attorney
2 KELLI L. TAYLOR
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2741

5 Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-mc-00049 MCE EFB |
| Plaintiff, ) | **CONSENT JUDGMENT** |
| v. ) | |
| JUAN CARLOS PORTILLO, ) | |
| Defendant. ) | |

Pursuant to the Settlement Agreement between the parties (Exhibit A), a consent judgment in the amount of One Hundred-Fifty-Six-Thousand-Nineteen Dollars and One Cent($156,019.01) is entered in favor of Plaintiff United States of America and against Defendant Juan Carlos Portillo.

IT IS SO ORDERED.

Dated: June 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1